UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER, | No. 2:25-cv-0456 SCR P |
| Plaintiff, | |
| v. | ORDER |
| DYLAN, et al., | |
| Defendants. | |

Plaintiff, a former county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 plus the $55.00 administrative fee, nor has he filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty (30) days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee plus the $55.00 administrative fee or a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in dismissal of this action without prejudice; and

////

1

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a non-prisoner for use in a civil rights action.

DATED: February 18, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE