UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER, | No. 2:25-cv-0456 WBS SCR P |
| Plaintiff, | |
| v. | ORDER |
| DYLAN, et al., | |
| Defendants. | |

Plaintiff, a former county prisoner proceeding pro se and in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 7, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 18.  Plaintiff filed a "motion to vacate the magistrate judge's order due to lack of jurisdiction," ECF No. 19, which the court construes as timely objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations (ECF No. 18) are adopted in full;

      2. Plaintiff's motion for default judgment (ECF No. 14) is denied;

      3. Plaintiff's motion for temporary restraining order (ECF No. 17) is denied; and

      4. Plaintiff's motion to vacate magistrate order (ECF No. 19) is denied.

Dated: May 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Fost0456.800