UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>DYLAN, et al.,<br><br>    Defendants. | No.  2:25-cv-00456 WBS SCR P<br><br><u>ORDER TO SHOW CAUSE</u> |

Plaintiff is a former county prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On April 7, 2025, the court screened the second amended complaint ("SAC") per 28 U.S.C. § 1915A and found it failed to state a claim upon which relief may be granted.  (ECF No. 18.)  The SAC did not state what causes of action it was asserting or against whom, nor did it identify a basis for its assertion of federal question jurisdiction.  (<u>Id.</u> at 3-4.)  The order granted plaintiff thirty (30) days to file a third amended complaint that cured the deficiencies.  The order warned that if plaintiff fails to file an amended complaint, the case will proceed on the SAC as screened, and it will be recommended that the SAC be dismissed without prejudice for failure to state a claim.  (<u>Id.</u> at 7.)  More than 30 days have passed, and plaintiff has not responded.

/////

1

Good cause appearing, IT IS HEREBY ORDERED that **Plaintiff shall show cause, in writing, within 21 days**, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed based on failure to obey a court order and failure to prosecute. Plaintiff may respond by filing an amended complaint that complies with the court's prior order. If Plaintiff fails to respond, the court will recommend dismissal of this case.

SO ORDERED.

DATED: May 19, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE