1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER,<br><br>            Plaintiff,<br><br>     v.<br><br>DYLAN, et al.,<br><br>            Defendants. | No. 2:25-cv-00456 WBS SCR P<br><br><br><br>ORDER |

Plaintiff is a county inmate proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.  Upon review, the documents plaintiff filed on August 8, 2025 (ECF Nos. 30, 31) do not pertain to the instant action.  The Clerk of the Court is directed to file the documents as a new action and disregard them from this case.

Also pending is plaintiff's motion for extension of time to "receive the response from the court on the third amended complaint . . .."  (ECF No. 29.)  The motion is granted.  Plaintiff is advised that the undersigned will screen the amended complaint in due course.  Plaintiff is again reminded that he is not to direct service on defendants.  If the court finds the amended complaint states cognizable claims for relief, plaintiff will be instructed to provide further information so that the U.S. Marshal can effectuate service of the amended complaint and summons.  See 28 U.S.C. § 1915(d).

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file ECF Nos. 30 and 31 as a new action and disregard them from this case.

2. Plaintiff's motion for extension of time (ECF No. 29) is granted. The undersigned will screen the amended complaint in due course.

DATED: August 13, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2